**Jose Manuel Esquivel DUARTE, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–71907.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Filed Aug. 1, 2006.

Michael Hernandez, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, OIL, David V. Bernal, Attorney, Andrew C. MacLachlan, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

Jose Manuel Esquivel Duarte, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals ("BIA") dismissing his appeal from an immigration judge's ("IJ") order

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

denying his application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Esquivel Duarte failed to show exceptional and extremely unusual hardship. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 890 (9th Cir.2003).

Esquivel Duarte's contention that the IJ abused her discretion by refusing to issue a subpoena is unavailing because Esquivel Duarte fails to point to anywhere in the record where he requested a subpoena.

**PETITION FOR REVIEW DISMISSED.**